**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Francisco PENA–AGUILAR, aka**
**Jose Francisco Pena Aguilar,**
**Defendant–Appellant.**

**No. 08–10230.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed March 25, 2009.

George Ferko, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, Aaron David Wegner, Assistant U.S. Attorney, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Richard Wayne Raynor, Assistant Federal Public Defender, Federal Public Defenders, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM **

Jose Francisco Pena–Aguilar appeals from the 41–month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pena–Aguilar contends that the district court erred by applying a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because his statements at a prior state change of plea hearing were insufficient to establish that his prior state conviction for aggravated assault was a crime of violence. Because the factual basis set forth at the prior state change of plea hearing establishes that Pena–Aguilar fought with and struck a police officer, we conclude that the offense was a crime of violence. *See* U.S.S.G § 2L1.2, cmt. n. 1(B)(iii); *see also United States v. Smith,* 390 F.3d 661, 664–66 (9th Cir.2004), *amended by* 405 F.3d 726 (9th Cir.2005).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.